ALEXANDER HENNIG and Another, Respondents, v. JOHN J. ABRAHAMS, Appellant, and ALFRED H. LIGHT, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 621.] The following question is certified: On the facts contained in the record, was defendant Abrahams in this action entitled to the relief he sought at Special Term to revoke prior orders holding him in contempt and warrants of commitment issued thereon, and to restrain plaintiffs from enforcing a warrant of commitment? Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

In the Matter of the Transfer Tax upon the Estate of LEON COHEN, Deceased. STATE TAX COMMISSION, Appellant; LEWIS T. COHEN and TITLE GUARANTEE AND TRUST COMPANY, as Executors, etc., of LEON COHEN, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ. [See *ante,* p. 539.]

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of GEORGE A. OSTERGREN, an Attorney and Counselor at Law.— The testimony clearly shows that respondent converted at least $4,250 of his clients' money. He must be disbarred. The respondent is disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

STANISLAUS JANKOWSKI, Individually and as Administrator, etc., of LUDWIKA JANKOWSKI, etc., Appellant, v. ANASTASIA AZARO, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

ORIE R. KELLY and Others, Trustees of the Rights of the Holders of Mortgage Investments under a Plan of Readjustment and Reorganization Pursuant to the Provisions of Section 6, Chapter 745 of the Laws of 1933, as Amended, Respondents, v. ARTHUR W. LAWRENCE, Appellant; IRROSE REALTY CORPORATION, Defendant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

LILLIAN LIPSKY, an Infant, by IKE LIPSKY, Her Guardian ad Litem, and IKE LIPSKY, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

MIRIAM H. MAYS, Respondent, v. ALEXIS T. MAYS, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

THOMAS A. MCKENNELL, Respondent, v. WEBSTER F. SCHMALING, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

VICTOR MOORE, Appellant, v. CITIZENS NATIONAL BANK OF FREEPORT, N. Y., Respondent.— Motion granted to the extent of remitting the case on appeal to the trial justice for resettlement. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

ALBERT ROSS, Doing Business under the Firm Name and Style of ROSS GALVANIZING WORKS, Respondent, v. HOFFMAN & MOLLER, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.